```
Guadalupe Fernandez C-72642
P.O. Box 689/ZW-214-U
CTF Central Facility
Soledad, CA. 93960-0689

In Pro Se
```

FILED
08 MAR 18 PM 12: 25
[CLERK, U.S. DISTRICT COURT]
[NORTHERN DISTRICT OF CALIFORNIA]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE FERNANDEZ,<br><br>    Petitioner,<br><br>vs.<br><br>BEN CURRY, Warden<br><br>    Respondent. | No. C 07-3727 MMC (PR)<br><br>MOTION TO SERVE AN ORDER TO SHOW CAUSE ON THE RESPONDENT. |

Petitioner, is a state prisoner proceeding <u>pro se</u> filed for writ of habeas corpus pursuant to 28 §2254 challenging a decision by the Board of Parole Hearings denial of a parole date.

### STATEMENT

On January 2, 2008, this court issued an order to show cause and directed the respondent to file with the Court and serve on petitioner within 90 days. The record shows that on January 2, 2008, only the petioner alone was served (See exhibit #1 at p. 4). Petitioner therefore request that an order be served on the respondent as well as a new order to the petitioner.

Date: 3/16/08

*Guadalupe Fernandez*
Guadalupe Fernandez

1.

**FILED**

JAN 0 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| GUADALUPE FERNANDEZ,<br><br>    Petitioner,<br><br>v.<br><br>BEN CURRY, Warden,<br><br>    Respondent. | No. C 07-3727 MMC (PR)<br><br>**ORDER TO SHOW CAUSE** |

On July 19, 2007, petitioner, a California prisoner incarcerated at the Correctional Training Facility, Soledad, and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has paid the filing fee.

## BACKGROUND

In 1983, in Santa Clara County Superior Court, petitioner was convicted of second degree murder, and sentenced to a term of fifteen years to life in state prison. In 2006, the California Board of Parole Hearings ("Board") found petitioner unsuitable for parole for the seventh time. On June 11, 2007, the California Supreme Court denied petitioner's state habeas corpus petition challenging the Board's decision.

## DISCUSSION

A.   <u>Standard of Review</u>

This Court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a); <u>Rose v. Hodges</u>, 423 U.S. 19, 21 (1975). A district court shall "award the writ or issue an

1  order directing the respondent to show cause why the writ should not be granted, unless it
2  appears from the application that the applicant or person detained is not entitled thereto."
3  28 U.S.C. § 2243. Summary dismissal is appropriate only where the allegations in the
4  petition are vague or conclusory, palpably incredible, or patently frivolous or false. See
5  Hendricks v. Vasquez, 908 F.2d 490, 491 (9th Cir. 1990) (quoting Blackledge v. Allison,
6  431 U.S. 63, 75-76 (1977)).

B.  Petitioner's Claims

Petitioner claims the Board violated his federal constitutional right to due process by denying him parole without sufficient evidence to support its decision that his release would pose an unreasonable risk to public safety, and in continued reliance solely on the unchanging factors of the commitment offense. Liberally construed, petitioner's claims are cognizable.

### CONCLUSION

For the reasons stated above, the Court orders as follows:

1. The Clerk of the Court shall serve by certified mail a copy of this order and the petition, along with all attachments thereto, upon respondent and respondent's attorney, the Attorney General for the State of California. The Clerk shall also serve a copy of this order on petitioner.

2. Respondent shall file with the Court and serve on petitioner, within 90 days of the date this order is filed, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted based on petitioner's cognizable claims. Respondent shall file with the answer and serve on petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on respondent within 30 days of the date the answer is filed.

3. In lieu of an answer, respondent may file, within 90 days of the date this order is filed, a motion to dismiss on procedural grounds, as set forth in the Advisory Committee

2

Notes to Rule 4 of the Rules Governing Section 2254 Cases. If respondent files such a motion, petitioner shall file with the Court and serve on respondent an opposition or statement of non-opposition within 30 days of the date the motion is filed, and respondent shall file with the Court and serve on petitioner a reply within 15 days of the date any opposition is filed.

    4. Petitioner is reminded that all communications with the Court must be served on respondent by mailing a true copy of the document to respondent's counsel.

    5. It is petitioner's responsibility to prosecute this case. Petitioner must keep the Court and respondent informed of any change of address and must comply with the Court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

    6. Upon a showing of good cause, requests for a reasonable extension of time will be granted as long as they are filed on or before the deadline they seek to extend.

    IT IS SO ORDERED.

DATED: JAN 0 2 2008

MAXINE M. CHESNEY
United States District Judge

3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GUADALUPE FERNANDEZ,

        Plaintiff,

v.

BEN CURRY et al,

        Defendant.

Case Number: CV07-03727 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Guadalupe Fernandez
CTF North Facility
C-72642
P.O. Box 705/ND-70-L
Soledad, CA 93960-0705

Dated: January 2, 2008

        Richard W. Wieking, Clerk

        *Tracy Lucero*

        By: Tracy Lucero, Deputy Clerk

## DECLARATION OF SERVICE BY MAIL

(28 U.S.C. section 1746)

I, Guadalupe Fernandez, declare: That I am a resident of the Correctional Training Facility in Soledad, California; I am over the age of eighteen (18) years; I am / am not a party to the attached action; My address is P.O. Box 689/ZW-214-U  CTF - Central Facility, Soledad, CA  93960-0689; I served the attached document entitled: **MOTION TO SERVE AN ORDER TO SHOW CAUSE ON THE RESPONDENT.**

on the persons/parties specified below by placing a true copy of said document into a sealed envelope with the appropriate postage affixed thereto and surrendering said envelope(s) to the staff of the Correctional Training Facility entrusted with the logging and mailing of inmate legal mail addressed as follows:

**OFFICE OF ATTORNEY GENERAL**
**455 GOLDEN GATE AVENUE. SUITE 11000**
**SAN FRANCISCO, CA. 94102**

There is First Class mail delivery service by the United States Post Office between the place of mailing and the addresses indicated above. I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct, and I executed this service this 16th day of March, 2008, at the Correctional Training Facility in Soledad, CA.

*Guadalupe Fernandez*
Declarant

Guadalupe Fernandez C-72642
P.O. Box 689/ZW-214-U
CTF Central Facility
Soledad, CA 93960-0689

Legal Mail

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE.
SAN FRANCISCO, CA. 94102