# EXHIBIT 1

Case 3:07-cv-03727-MMC    Document 4-2    Filed 04/01/2008    Page 1 of 3

# In the Superior Court of the State of California

in and for the County of __Santa Clara__

## Abstract of Judgment
### Commitment to State Prison

MICROFILMED AT CDC

Dept. No. __One__   Case No. __89523__

Present:

The People of the State of California

Hon. __John R. Kennedy__
Judge of the Superior Court

vs.

__D. Shearer__
Prosecuting Attorney

GUADALUPE FERNANDEZ

__N. Gonzales__
Counsel for Defendant

Defendant.

This certifies that on the __08__ day of __Sept.__, 19__83__, judgment of conviction of the above-named defendant was entered as follows:

(1) In Case No. __89523__ Count No. __One__ he was convicted by __Court__ (court or jury); on his plea of __Not Guilty__ (guilty, not guilty, former conviction or acquittal, once in jeopardy, not guilty by reason of insanity)

of the crime of __Murder, Second Degree__
(designation of crime and degree if any, including fact that it constitutes a second subsequent conviction of same offense if that affects the sentence.)

in violation of __Penal Code Section 187__
(reference to Code or Statute, including Section and Subsection thereof, if any violated)

with prior felony convictions as follows:

| DATE | COUNTY AND STATE | CRIME | DISPOSITION |
|---|---|---|---|
|  |  |  |  |

Defendant has been held in jail custody for __93__ days as a result of the same criminal act or acts for which he has been convicted.

Defendant __was not__ armed with a deadly weapon at the time of his commission of the offense or a concealed deadly weapon at the time of his arrest within the meaning of Sections 969c and 3024 of the Penal Code.

Defendant __was__ armed with a deadly weapon at the time of his commission of the offense within the meaning of Sections ~~969c and 12031 of the Penal Code~~ 12022.5 of the Penal Code.

Defendant __used__ a firearm in his commission of the offense within the meaning of Sections 969d and 12022.5 of the Penal Code.

(Repeat foregoing with respect to each count of which defendant was convicted.)

ABSTRACT OF JUDGMENT

GA-6 (Rev. 6/73)

Defendant __was not__ ~~(was)~~ or (was not) _judged a habitual criminal within the meaning_ Sub-division __a or b__ of (a) or (b) Section 644 of the Penal Code; and the defendant __is not__ (is) or (is not) a habitual criminal in accordance with Sub-division (c) of that Section.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the said defendant be punished by imprisonment in the State Prison of the State of California for the term provided by law, and that he be remanded to the Sheriff of the _____ County of __Santa Clara__ and by him delivered to the Director of Corrections of the State of California at the place hereinafter designated. __15 years to life plus (2) years for 12022.5 enhancement.__

It is ordered that sentences shall be served in respect to one another as follows __consecutive for enhancement__
(Note whether concurrent or consecutive as to each count);

***Credit for Time Served**

Actual Local Time (62) Days
Local Conduct Credits (31) Days
Total Days           (93) Days

and in respect to any prior incomplete sentence(s) as follows: __no priors:__
(NOTE whether concurrent or consecutive as to all incomplete sentences from other jurisdictions);

To the Sheriff of the _____ County of __Santa Clara__ and to the Director of Corrections:

Pursuant to the aforesaid judgment, this is to command you, the said Sheriff, to deliver the above-named defendant into the custody of the Director of Corrections at __California Medical Facility at Vacaville__ at your earliest convenience.

Witness my hand and seal of said court

this __08th__ day of __September 1983__

__JOHN KAZUBOWSKI__ Clerk

by __RALPH B. ULATE__ Deputy

SEAL

State of California,
County of __Santa Clara__ } ss.

I do hereby certify the foregoing to be a true and correct abstract of the judgment duly made and entered on the minutes of the Superior Court in the above entitled action as provided by Penal Code Section 1213.
Attest my hand and seal of the said Superior Court this __08th__ day of __Sept.__ 19 __83__
John Kazubowski, County Clerk
By Ralph B. Ulate, Deputy

County Clerk and Ex-officio Clerk of the Superior Court of the State of California in and for the County of __Santa Clara__

The Honorable: __John R. Kennedy__
Judge of the Superior Court of the State of California, in and for the _____ County of __Santa Clara__

Note: If probation was granted in any sentence of which abstract of judgment is certified, attach a minute order reciting the fact and imposing sentence or ordering a suspended sentence into effect.