# EXHIBIT 3

IN THE SUPERIOR COURT OF THE

STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br>PLAINTIFF,<br>vs.<br>GUADALUPE FERNANDEZ    DEFENDANT, | REPORT OF<br>PROBATION OFFICER<br>No. 89523<br>September 8, 1983<br>D. Shearer, D.A.<br>N. Gonzales, P.D. |

## COURT DATA

*MICROFILMED AT CDC*

SENTENCING COURT: Honorable John R. Kennedy

COURT OF CONVICTION: Honorable John R. Kennedy

CHARGE: Section 187 of the Penal Code (Murder), Second Degree With Use of a Firearm Allegation, Admitted within the meaning of Section 12022.5 and Section 1203.06 of the Penal Code

DATE OF OFFENSE: July 9, 1983

DATE OF ARREST: July 9, 1983 (SJPD)

CONVICTION: Pled guilty on August 11, 1983 pursuant to Sec. 859(a) PC.

CONDITIONS: Sec. 187 PC stipulated to be in the Second Degree.

REMAINING CHARGES: None

DAYS IN CUSTODY: 62 actual days, 31 days - 4019 PC, 93 total days; presently in custody.

AGE & DATE OF BIRTH: 36; August 22, 1947; Mexico

CODEFENDANTS & STATUS: None

SUMMARY OF OFFENSE:

The source of this summary is an Investigation Report prepared by the San Jose Police Department, #83-190-1208.

In the Case of:   GUADALUPE FERNANDEZ
Charge:   187 PC
Info. No.: 89523                                              September 8, 1983

On July 9, 1983, at approximately 8:55 p.m., ~~the~~ defendant [FERNANDEZ] went to 236 North 20th Street, San Jose, where Edwardo Fernandez was talking to a Mr. Winstead, got out of his car, walked up to Edwardo Fernandez and shot him several times with a .45 Caliber Automatic [pistol]. The defendant left the area after the shooting. Police arrived and the victim was taken to the San Jose Hospital where he was pronounced dead.

Witnesses identified the defendant and most knew him as he was related to the victim. The defendant was arrested on the same date and it was learned that he had killed the victim because the victim had killed the defendant's brother in a bar fight in Mexico seven years prior.

Analysis of a blood sample obtained from the defendant revealed that his blood alcohol content was 0.21%. The .45 Caliber Automatic weapon was located in the rear bedroom of 326 North 20th Street where Jesus Frausto had placed the weapon after he had knocked it out of the defendant's hand.

The defendant was booked into the County Jail.


VICTIM'S STATEMENT:

Contact was made with the victim's daughter Anna Fernandez, 20 years old. She indicated that her mother, the victim's wife does not speak English. Total funeral expenses came to $2,400.80. Anna believes that the defendant should be sentenced to a lot of years in Prison and indicated that if he gets out to soon that her brother will be after him.

The victim's daughter was advised of her right to be present at this Hearing and to be heard and she indicated that she, her sister, Alicia, and her brother will be present.


DEFENDANT'S STATEMENT:

The defendant does not speak English. At the defendant's request and his approval inmate interpreter, Carlos Paniagua was used as an interpreter.

In a verbal statement, the defendant admitted that he killed Edwardo Fernandez. He indicated that Edwardo had killed his brother seven years ago. He also indicated he was very drunk at the time and believes that if he had not been so drunk he would not have killed Edwardo. He had purchased the .45 Caliber Automatic approximately five months earlier for the purpose of protecting his home.

-2-

In the Case of:   GUADALUPE FERNANDEZ
Charge:   187 PC
Info. No.: 89523                                        September 8, 1983

As to disposition, the defendant does not believe 17 years of State Prison is fair. He believes this is too many years for this particular type of situation.

The defendant was last employed for Atari in Sunnyvale from 1980 until 1983 until he was laid off. He was working as an assembler making $7 an hour.

The defendant denies any use of illegal drugs or narcotics. As to alcohol usage, the defendant indicates he consumes approximately 10 beers per week on the average.

INTERESTED PARTIES:

The defendant's probation file indicates that he has been supervised by the Probation Department on two separate grants. On September 16, 1977, he was granted two years probation by the San Jose Municipal Court after being convicted of Carrying a Loaded Firearm in a Public Place. On January 19, 1978, he was granted two years probation by the Superior Court for Section 246 of the Penal Code (Shooting in an Occupied Dwelling). The probation file indicates that the defendant successfully completed probation on January 19, 1980.

Notes in the probation file prepared by the defendant's past supervising officer Lorenzo Arroyo, indicate that the defendant did comply with all conditions of probation.

DISCUSSION:

Judicial Council Rules 414, 421 & 423:   (Attached)

Enhancements:   (None)

Case Evaluation:

Appearing before the Court is 36-year-old Guadalupe Fernandez, who has pled guilty to Murder in the Second Degree.

The defendant's criminal record consists of four misdemeanor convictions and one felony conviction. The defendant has been granted probation on two previous occasions, once for Carrying a Loaded Firearm in a Public Place and another for Shooting into an Occupied Dwelling. His misdemeanor convictions were mostly alcohol related.

In the present offense, the defendant shot and killed Edwardo Fernandez, a relative of the defendant, who allegedly seven years

-3-

In the Case of:  GUADALUPE FERNANDEZ
Charge:  187 PC
Info. No.: 89523                                      September 8, 1983

prior had killed the defendant's brother in a bar fight in Mexico. The defendant was highly intoxicated at the time as indicated by an analysis of his blood which indicated a 0.21% blood alcohol content. The defendant indicates that if he had not been drunk, he does not believe he would have shot Edwardo Fernandez. However, it is noted that witnesses indicated that he had drove by the victim's location earlier prior to coming back and shooting the victim, indicating possible premeditation. The defendant demonstrates absolutely no remorse for this offense and believes that a 17 year State Prison sentence would not be fair considering this situation.

Reviewing the defendant's criminal record, two facts are outstanding: One, the defendant has an obsession with firearms; Two, he has an alcohol problem. Perhaps the California Department of Corrections can assist him with these two problems. It is recommended the defendant be committed to State Prison for 17 years to life. The defendant is absolutely ineligible for probation pursuant to Section 1203.06 of the Penal Code.

SUGGESTED TERM:

| CRIME | MIT | AGG | RANGE | ENHANCEMENT | TOTAL TERM |
|---|---|---|---|---|---|
| 187 PC, Second Degree | No | No | 15 Yrs to Life | 2 Years (12022.5 PC) | 17 Yrs to Life |

In the Case of:   GUADALUPE FERNANDEZ
Charge:   187 PC
Info. No.: 89523                                         September 8, 1983

RECOMMENDATION:

1. Probation be denied.

2. State Prison for 17 years to Life.

3. Five years parole.

                                   Respectfully submitted,

                                   ROBERT M. WEIGLE
                                   Chief Probation Officer

                                   Lee R. Casey, Deputy
                                   Probation Officer

LRC/lms
Attachments

Reviewed by:

C. John Wardle
Supervising Probation
Officer - Ext. 3621


The above report has been read and considered by the Court.


                                   _____
                                   JOHN R. KENNEDY
                                   Judge of the Superior Court,
                                   Santa Clara County, California

-5-