# EXHIBIT 4

## *DISCIPLINARY SHEET*

### **_CDC 115'_**

| Date | Location | Code | Offense & Disposition |
|---|---|---|---|
| 7-10-90 | DVI | 3005(A) | MASTURBATION, GUILTY: REDUCE TO ADMINISTRATIVE LEVEL. |
| 4-21-89 | DVI | 3012 | THEFT, GUILTY: ASSESSED 30 DAYS LOP. |
| 11-14-87 | DVI | 3005(b) | OBEYING ORDERS, GUILTY: ASSESSED (30) DAYS LOP, SUSPENDED FOR NINETY (90) DAYS CLEAN CONDUCT WARNED AND COUNSELLED. |
| 5-05-87 | DVI | 3191, 3192 | NONEXPENDABLE PROPERTY/POSSESION & EXCHANGE, GUILTY: ASSESSED FIVE (5) DAYS LOSS OF PRIVILEDGES. |
| 7-22-85 | DVI | 3006(a) | CONTROL OF I/M MANUFACTURED WEAPON, GUILTY: ASSESSED (180) DAYS LOSS OF CREDITS AND (10) DAYS DISCIPLINARY DETENTION. |
| 4-29-84 | DVI | 3016/30005A | STIMULANTS & SEDATIVES, GUILTY: SIX MONTHS NON CONTACT VISITS. |

FERNANDEZ, GUADALUPE         CDC# C72642         CTF-SOLEDAD

# DISCIPLINARY HISTORY SHEET
## 128's

05/26/89   DISOBEYING RULES & REGULATIONS

02/03/94   SMOKING IN THE CTF- CENTRRAL CULINARY

10/17/95   FAILURE TO REPORT TO WORK

08/08/06   DISOBEYED A DIRECT ORDER

09/07/06   INMATE MANUFACTURED HOT PLATE


FERNANDEZ GUADALUPE                C72642                CTF-SOLEDAD