**EXHIBIT 5**

Case 3:07-cv-03727-MMC    Document 4-6    Filed 04/01/2008    Page 1 of 5

PSYCHOLOGICAL EVALUATION FOR THE BOARD OF PRISON TERMS
(REVISED AUGUST 1998)
PAROLE CONSIDERATION HEARING
AUGUST 2003 LIFER CALENDAR
CORRECTIONAL TRAINING FACILITY, SOLEDAD
NOVEMBER 24, 2003

This is a psychological evaluation for the Board of Prison Terms for inmate Guadalupe Fernandez, CDC# C-72642. This report is based upon a personal clinical interview of the inmate, conducted on 11/24/03, as well as a review of his Central file and unit health record. This clinical interview and a review of all pertinent documents were for the express purpose of preparing this report.

## PSYCHOSOCIAL ASSESSMENT

I. **IDENTIFYING INFORMATION:**

Inmate Fernandez is a 56-year-old, married, Mexican national male, born 08/22/47. He said that his religious preference is Catholicism. He stated he uses no aliases or nicknames. He has no obvious unusual physical characteristics.

II. **DEVELOPMENTAL HISTORY:**

Inmate Fernandez reported that there were no prenatal or perinatal problems surrounding his birth, and that he had no birth defects. He also said he had no knowledge of any abnormalities of development. He denied any significant childhood problems in development, including abuse of any kind. Finally, he denied any significant medical or psychiatric history.

III. **EDUCATIONAL HISTORY:**

Inmate Fernandez said that he had three years of school in Mexico. He has also attended education classes at CTF in English as a Second Language. He has a certificate in body and fender as well.

IV. **FAMILY HISTORY:**

Inmate Fernandez reported that his mother is alive, but his father died within the last few years. He also indicated that he has had a good relationship with his family. He stated no family member has or had a drug or alcohol problem.

V. **PSYCHOSEXUAL DEVELOPMENT AND SEXUAL ORIENTATION:**

Inmate Fernandez reported that he is definitely heterosexual, and has always treated females with respect, denying any sexually related, high-risk behavior.

FERNANDEZ          C-72642          CTF-NORTH          11/24/03

gmj

FERNANDEZ, GUADALUPE
CDC NUMBER: C-72642
BPT PSYCHOLOGICAL EVALUATION
PAGE TWO

VI. **MARITAL HISTORY**:

Inmate Fernandez has been married one time. This marriage lasted 32 years, and he still maintains contact with his wife, who lives in San Jose, California. He has two daughters, 30 and 28, and one son, 22.

VII. **MILITARY HISTORY**:

Inmate Fernandez served in the Mexican military for one year.

VIII. **EMPLOYMENT/INCOME HISTORY**:

Prior to his imprisonment, inmate Fernandez worked in the electronics field, his last position being with Atari in San Jose, California. He has also worked in construction and agriculture.

IX. **SUBSTANCE ABUSE HISTORY**:

While admitting he had a drinking problem, inmate Fernandez stated that he drank socially (as opposed to drinking alone). He would sometimes drink three six-packs a day, but he did not do so every day. His attendance at Alcoholics Anonymous has been of benefit to him, he says.

X. **PSYCHIATRIC AND MEDICAL HISTORY**:

Inmate Fernandez denied any psychiatric history (other than his alcohol use) or any major medical history.

XI. **PLANS IF GRANTED RELEASE**:

Inmate Fernandez states that he will return to Mexico to supervise work on his land, a not-too-small plot of acreage. He said he will have the support of his family in this endeavor.

## CLINICAL ASSESSMENT

XII. **CURRENT MENTAL STATUS/TREATMENT NEEDS**:

Inmate Fernandez was clean and well groomed when he appeared for the interview. He was fluent, presented with good eye contact, and was goal-directed. He also did not appear to have any psychotic processing or mood disorder. His intelligence is likely to be in the average range.

FERNANDEZ        C-72642        CTF-NORTH        11/24/03        gmj

FERNANDEZ, GUADALUPE
CDC NUMBER: C-72642
BPT PSYCHOLOGICAL EVALUATION
PAGE THREE

## CURRENT DIAGNOSTIC IMPRESSIONS:

AXIS I:   Alcohol Abuse, in remission in a controlled environment.
AXIS II:  Deferred.
AXIS III: No Contributory Physical Disorder.

The inmate's current level of care is general population, and he is not taking any psychotropic medications.

XIII. REVIEW OF LIFE CRIME:

Inmate Fernandez stated that the victim in his crime was his brother-in-law. The victim had a problem with alcohol, and had been threatening inmate Fernandez for some time. After immoderately drinking himself, inmate Fernandez went to look for his brother-in-law with the idea of scaring him so that he would not be a threat. However, when he came upon the victim, he shot and killed him. Inmate Fernandez said that his wife has stuck by him through all the turmoil and pain, though he acknowledges that she was hurt by his actions. Moreover, he acknowledges that the victim was not a bad person. In retrospect, he said he was remorseful for his actions, and has found no peace with himself.

XIV. ASSESSMENT OF DANGEROUSNESS:

His disciplinary history (it has been over ten years since his last CDC-115) suggests that he will be a minor risk for violence in prison. He likely will be a low risk for violence in the free community as well. However, this last statement is dependant on his avoiding alcohol and drugs in the future. To ensure this state of affairs, it is important that he continue to attend Alcoholics Anonymous if he is to be released, since this is an important source of understanding and support for the alcoholic. Moreover, he must be monitored regularly to ensure he is not using.

XV. CLINICIAN OBSERVATIONS/COMMENTS/RECOMMENDATIONS:

In sum, inmate Fernandez appears to have gotten control of his issues. However, he will need the conditions mentioned above if he is to make good in his desire to return to the free community.

R. TALBOTT, Ph.D.
Staff Psychologist
CORRECTIONAL TRAINING FACILITY, SOLEDAD

FERNANDEZ        C-72642        CTF-NORTH        11/24/03

gmj

FERNANDEZ, GUADALUPE
CDC NUMBER: C-72642
BPT PSYCHOLOGICAL EVALUATION
PAGE FOUR

*[signature]*, Ph.D.

B. ZIKA, Ph.D.
Senior Supervising Psychologist
CORRECTIONAL TRAINING FACILITY, SOLEDAD

RT/gmj

D: 11/24/03
T: 12/15/03

FERNANDEZ        C-72642        CTF-NORTH        11/24/03        gmj