# EXHIBIT 6



Rec'd 7-18-02

**San José Police Department**
WILLIAM M. LANSDOWNE, CHIEF OF POLICE

July 3, 2002

CTF Soledad
P.O. Box 686
Soledad, CA 93960

Attention:   D.S. Levorse, C&PR

This letter is in reply to your request for information regarding Guadalupe Fernandez (CDC Number C-72642), who is scheduled for a Life Prisoner Subsequent Parole Consideration Hearing on August 2, 2002.

On July 9, 1983, Guadalupe Fernandez, age 35, shot and killed his brother-in-law, Eduardo Fernandez, age 46. The victim was unarmed and shot four times at close range. After the shooting, Guadalupe Fernandez ran to a nearby residence and hid.

A short time later police arrested Fernandez. A relative of both men indicated the shooting might have been revenge for the shooting of another person in Mexico.

It is my recommendation that Guadalupe Fernandez serves the maximum sentence prescribed by law not be released on parole.

Sincerely,

William M. Lansdowne
Chief of Police

WML/GM/mp



201 W. Mission St. San José, CA 95110   tel (408) 277-4212   fax (408) 277-5771   www.sjpd.org