**EXHIBIT 7**

STATE OF CALIFORNIA
BOARD OF PRISON TERMS
LIFE PRISONER HEARING DECISION FACE SHEET

| Records Use Only | | | |
|---|---|---|---|
| Paroled Release Date | YR | MO | DAY |

Attach Prison Calculation Sheet

- [ ] PAROLE GRANTED – (YES)
- [ ] CDC: Do not release prisoner before Governor's Review
- [x] PAROLE DENIED – (NO) *1 year (one) new psych!*
- [ ] AGREED UNSUITABLE (Attach 1001A Form) FOR: _____ YEAR(S)
- [ ] HEARING POSTPONED/REASON:

*REQUEST A NEW PSYC. PRIOR TO THE NEXT HEARING ✱*

### PANEL RECOMMENDATIONS AND REQUESTS

The Board Recommends:
- [ ] No more 115's or 128A's
- [ ] Work to reduce custody level
- [x] Get self-help* *Continue*
- [x] Stay discipline free
- [ ] Learn a trade*
- [ ] Get therapy*
- [x] Earn positive chronos
- [ ] Get a GED*

- [ ] Recommend transfer to _____
- [x] Other *parole plans - place to live, work & family support in San Jose & Mexico*

*These programs are recommended if they are offered at your prison and you are eligible / able to participate.

Penal Code 3042 Notices    [x] Sent    Date: 6/30/06

Commitment Offense(s)

| 187 2ND/ 12022.5 | MURDER 2ND W/ USE OF F'ARM |
|---|---|
| Code(s) | Crime(s) |
| SCL89523 | 01 |
| Case(s) | Count(s) |

| Date Inmate Came to CDC | Date Life Term Began | Minimum Eligible Parole Date |
|---|---|---|
| 09/13/83 | 09/13/83 | 11/29/93 |
| [ ] Initial Hearing | [x] Subsequent (Hearing No.) 6 | Date of Last Hearing 08/18/04 |

CDC Representative
Attorney for Prisoner **PATRICK SPARKS**    Address
D.A. Representative *R. RICO*    County **SANTA CLARA**

This form and the Board's decision at the end of the hearing on only proposed and NOT FINAL. It will not become final until it is reviewed.

Chair _____ Date 08/17/06
Panel Member *Noreen O'Brien* Date
Panel Member _____ Date

| NAME | CDC# | PRISON | CALENDAR | DATE |
|---|---|---|---|---|
| FERNANDEZ, GUADALUPE | C72642 | **CTF-SOLEDAD** | AUG"06 | 8/17/06 |

CDC# C72642

BOARD OF PRISON TERMS            STATE OF CALIFORNIA

## SETTING A LIFE PRISONER TERM - PAROLE DENIED

### 11. NOTE TO CDC STAFF: RECOMMENDATIONS AND REQUESTS

☒ 3. the panel's belief that the prisoner's current mental health is an important issue. In the new full evaluation, the panel requests that the clinician specifically address the following:

    ☒ a. the prisoner's violence potential in the free community;

    ☒ b. the significance of alcohol/drugs as it relates to the commitment offense and an estimate of the prisoner's ability to refrain from use/abuse of same when released;

    ☐ c. the prisoner's psycho-sexual problems;

    ☒ d. the extent to which the prisoner has explored the commitment offense and come to terms with the underlying causes;

    ☐ e. the need for further therapy programs while incarcerated.

    ☐ f. other: _____

☐ 4. the panel's belief that the prisoner has deteriorated psychologically and there appears to be a need for treatment. The panel bases this conclusion upon _____

☒ B. (Other requests to CDC staff): *THE PSYC SHOULD BE DONE W/ THE HELP OF A SPANISH INTERPRETER.*

FERNANDEZ, GUADALUPE      CDC # C72642

BPT 1000(a) (Rev. 12/98)      11