# EXHIBIT 10

# CALIFORNIA APPELLATE COURTS
Case Information

Welcome
Search
E-mail
Calendar
Help
Opinions

C|C
home

### 6th Appellate District

Change court

Court data last updated: 03/24/2008 07:05 PM

Case Summary   Docket   Scheduled Actions   Briefs
Disposition   Parties and Attorneys   Trial Court

## Docket (Register of Actions)

**Fernandez on Habeas Corpus**
Case Number H031308

| Date | Description | Notes |
|---|---|---|
| 03/19/2007 | Petition for a writ of habeas corpus filed. | |
| 04/11/2007 | Case fully briefed. | |
| 04/11/2007 | Order denying petition filed. | The petition for writ of habeas corpus is denied (PBM, NM, RJM) |
| 04/11/2007 | Case complete. | |
| 04/20/2007 | Service copy of petition for review received. | |
| 04/20/2007 | Petition for review filed in Supreme Court. | per Inez |
| 04/23/2007 | Record transmitted to Supreme Court. | |
| 06/11/2007 | Ext. by Supreme Court re: petition for review filed: | to and including July 19, 2007, to either grant or deny review |
| 06/22/2007 | Petition for review denied in Supreme Court. | |
| 06/25/2007 | Record purged - to be shipped to state records center. | |
| 06/25/2007 | Record returned from Supreme Court. | |

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California