# EXHIBIT 12



IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SIXTH APPELLATE DISTRICT

In re GUADALUPE FERNANDEZ,

on Habeas Corpus.

H031308
(Santa Clara County
Super. Ct. No. 89523)

FILED
APR 11 2007
MICHAEL J. YERLY, Clerk
By _____ DEPUTY

BY THE COURT:

The petition for writ of habeas corpus is denied.

(Bamattre-Manoukian, Acting P.J., Mihara, J., and McAdams, J.,

participated in this decision.)

Dated APR 11 2007      _____MIHARA, J._____ Acting P.J.