# EXHIBIT 14

Court of Appeal, Sixth Appellate District - No. H031308
S151980

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re GUADALUPE FERNANDEZ on Habeas Corpus

The petition for review is denied.

SUPREME COURT
FILED

JUN 2 0 2007

Frederick K. Ohlrich Clerk

_____
DEPUTY

GEORGE
Chief Justice