IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE FERNANDEZ,<br><br>    Petitioner,<br><br>  v.<br><br>BEN CURRY, Warden,<br><br>    Respondent.<br>_____ | No. C 07-3727 MMC (PR)<br><br>**ORDER DENYING PETITIONER'S MOTION TO SERVE RESPONDENT**<br><br>**(Docket No. 3)** |

    On July 19, 2007, petitioner, a California prisoner incarcerated at the Correctional Training Facility, Soledad, and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 2, 2008, the Court ordered respondent to file an answer showing cause why the petition should not be granted based on petitioner's cognizable claims or, in the alternative, a motion to dismiss on procedural grounds. On March 18, 2008, petitioner filed the instant motion, in which petitioner maintains that, according to the court docket, respondent was not served with the Order to Show Cause. Consequently, petitioner asks the Court to again serve respondent with said order.

    Contrary to petitioner's assertion, the court docket clearly shows that on January 2, 2008, the Clerk of the Court served respondent by certified mail with a copy of the Order to Show Cause. Further, on April 1, 2008, respondent filed an answer to the petition, and on May 13, 2008, petitioner filed a traverse. Accordingly, petitioner's motion is hereby

1  DENIED as moot.

2      This order terminates Docket No. 11.

3      IT IS SO ORDERED.

4  DATED: December 5, 2008

5                                        MAXINE M. CHESNEY
                                      United States District Judge

**United States District Court**
For the Northern District of California

2